McGREGOR W. SCOTT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEZMAIGHNE MCCLAIN,<br><br>                  Defendant. | CASE NO. 2:19-CR-0165 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 30, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on January 30, 2020.

2.     On January 9, 2020, the status conference in this case was continued until May 14, 2020, and the parties hereby stipulate to exclude time between January 30, 2020, and May 14, 2020, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes investigative reports, audio and video recordings, and reports of interview, among other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for defendant desires additional time to conduct investigation and

1    research related to the charges, review discovery in this matter, to discuss the case with her

2    client, and to prepare for trial, if necessary.

3            c)      Counsel for defendant believes that failure to grant the above-requested

4    continuance would deny her the reasonable time necessary for effective preparation, taking into

5    account the exercise of due diligence.

6            d)      The government does not object to the continuance.

7            e)      Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10           f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of January 30, 2020 to May 14, 2020,

12   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13   because it results from a continuance based on the Court's finding that the ends of justice served

14   by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6

7    Dated:  January 10, 2020                           McGREGOR W. SCOTT
                                                         United States Attorney

8

9                                                        /s/ MICHELE BECKWITH
                                                         MICHELE BECKWITH
10                                                       Assistant United States Attorney

11

12   Dated:  January 14, 2020                           /s/ Lexi Negin
                                                         LEXI NEGIN
13                                                       Counsel for Defendant
                                                         Dezmaighne McClain

14

15

16                                         **ORDER**

17       IT IS SO ORDERED.

18   Dated:  January 21, 2020

19

20                                         _____
                                           MORRISON C. ENGLAND, JR.
21                                         UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28