IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DEZMAIGHNE MCCLAIN, )<br>)<br>Defendant. )<br>_____ ) | Case №: 2:19-cr-00165-MCE<br><br>**O R D E R<br>APPOINTING COUNSEL** |

    The Federal Defender filed a motion to withdraw on January 23, 2020. The court has agreed to appoint a panel attorney. CJA Panel attorney Shari Rusk is hereby appointed effective January 24, 2020, the date the Office of the Federal Defender contacted her.

    **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED FINANCIAL AFFIDAVIT SUPPORTING APPOINTMENT.**

Dated: January 24, 2020

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE