DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Telephone: (916) 447-8600

Attorney Requesting Substitution In

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:19-CR-00165 MCE |
| Plaintiff, | AMENDED REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER |
| v. | |
| DEZMAIGHNE MCCLAIN, | |
| Defendant. | |

It is respectfully requested that Attorney David Fischer be substituted in as appointed counsel for the defendant. The Court previously granted defendant Dezmaighne McClaine's request for new counsel (ECF No. 65, not ECF No. 66 as in original ), and scheduled a status of counsel hearing for October 28, 2021 (ECF No. 66). The CJA Panel Administrator requested that Mr. Fischer seek appointment to be substituted in as appointed counsel for the defendant, and the defendant continues to qualify for appointed counsel.

///

///

///

Mr. Fischer accepts the substitution and requests the Court to appoint him as counsel for the defendant.

Dated: September 28, 2021          LAW OFFICES OF DAVID D. FISCHER, APC

/s/David D. Fischer
DAVID D. FISCHER
Attorney at Law

**ORDER**

IT IS SO ORDERED.

Dated: September 30, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE