1

2

3

4

5              UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,                    NO. 2:19-cr-00165 KJM

9              Plaintiff,

10          v.                                   **TRIAL CONFIRMATION ORDER**

11  DEZMAIGHNE McCLAIN,

12             Defendant.

13

14        The trial in the above-captioned case, scheduled to commence on April 5, 2022, at 9:00

15  a.m., was confirmed at the trial confirmation hearing held on February 7, 2022.  In preparation for

16  the upcoming trial, the court hereby ORDERS:

17        I.        TRIAL BRIEFS AND STATEMENT OF THE CASE

18        No later than March 29, 2022, the parties may file trial briefs and the government shall

19  file a statement of the case with the court.  In their trial briefs, the parties shall include a summary

20  of points of law, including reasonably anticipated disputes concerning admissibility of evidence,

21  legal arguments, any other information the parties believe is relevant, and citations of authority in

22  support thereof.  In lieu of a statement of the case, the parties may file a joint proposed jury

23  instruction that can be read to the jury in advance of voir dire that explains the nature of the case.

24        II.       PROPOSED JURY INSTRUCTIONS

25        Counsel are informed that the court has prepared a standard set of standard jury

26  instructions.  In general, they cover all aspects of the trial except those relating to the charges

27  contained in the charging document.  Accordingly, counsel need not prepare instructions

28  concerning matters within the scope of the prepared instructions.  A copy of the prepared

1

1  instructions has been provided to the parties following the trial confirmation hearing.  Counsel are

2  further directed that their specific proposed jury instructions shall be filed no later than March 29,

3  2022. As to any instructions counsel desire to offer, the proposing party shall also submit a

4  sanitized copy in Microsoft Word format via email to: kjmorders@caed.uscourts.gov.

5           III.      PROPOSED VOIR DIRE QUESTIONS AND VERDICT FORM

6          The parties may file proposed voir dire questions no later than March 29, 2022. In

7  addition, the government shall file a proposed verdict form.   Any proposed voir dire questions

8  and the proposed verdict form shall also be submitted in Microsoft Word format via email to:

9  kjmorders@caed.uscourts.gov.

10          IV.      MOTIONS IN LIMINE

11          The parties shall file with the court motions in limine, if any, no later than March 14,

12  2022.  The parties are required to meet and confer before filing a motion to determine if

13  agreement can be reached or the scope of a motion narrowed before filing.  Any motion filed

14  shall contain a plain, concise summary of any reasonably anticipated disputes concerning

15  admissibility of evidence, including but not limited to, live and deposition testimony, physical

16  and demonstrative evidence and the use of special technology at trial, including computer

17  animation, video discs, and other technology.  Any opposition briefs to the motions in limine

18  shall be filed no later than March 21, 2022.  The court will advise the parties which motions it

19  will resolve before trial after argument on March 28, 2022 at 9:00 a.m.

20          V.      EXHIBIT LIST AND WITNESS LIST

21          The government shall, and the defendant may, file exhibit and witness lists no later than

22  March 29, 2022.  Exhibit lists shall also be submitted in Microsoft Word format via email to:

23  kjmorders@caed.uscourts.gov.

24          All exhibits should be pre-marked with exhibit stickers provided by the court.  The

25  government's exhibits shall be numbered.  Should the defendant elect to introduce exhibits at

26  trial, such exhibits shall be designated by alphabetical letter.  The parties may obtain exhibit

27  stickers by contacting the clerk's office at (916) 930-4000.

28  /////

1      VI.  MISCELLANEOUS

2        Counsel also is referred to the additional information available in the standing orders

3   available online at the judge's homepage.

4   DATED:  February 7, 2022.

5

6

7   CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28