UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Dezmaighne McClain,<br><br>                Defendant. | No. 2:19-cr-00165-KJM<br><br>ORDER |

The government requests the court appoint a classified information security officer and several alternates under the Revised Security Procedures established to meet the requirements of section 9(a) of the Classified Information Procedures Act of 1980, Pub. L. No. 96-456, 94 Stat. 2025. *See* Not. & Proposed Order, ECF No. 77. The relevant portions of the revised security procedures provide as follows:

> 2. *Classified Information Security Officer.* In any proceeding in a criminal case or appeal therefrom in which classified information is within, or is reasonably expected to be within, the custody of the court, the court will designate a "classified information security officer." The Attorney General or the Department of Justice Security Officer will recommend to the court a person qualified to serve as a classified information security officer. This individual will be selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice, to be detailed to the court to serve in a neutral capacity. The court may designate, as required,

one or more alternate classified information security officers who have been recommended in the manner specified above.

The classified information security officer must be an individual with demonstrated competence in security matters. Prior to designation, the Department of Justice Security Officer must certify in writing that the classified information security officer is properly cleared, i.e., possesses the necessary clearance for the level and category of classified information involved.

The classified information security officer will be responsible to the court for the security of all classified information in the court's custody, including, but not limited to, any pleadings or other filings created in connection with the proceedings, and any form of information contained in any format, including testimony, notes, photographs, transcripts, documents, digital files, audio files or video files, stored on any type of equipment (e.g., computers, electronic storage devices, etc.). In addition, any matters relating to personnel, information, or communications security will be the responsibility of the classified information security officer who will take measures reasonably necessary to fulfill these responsibilities. The classified information security officer must notify the court and the Department of Justice Security Officer of any actual, attempted, or potential violation of security procedures.

18 U.S.C. App. III, Security Procedure No. 2 (immediately following App. III, § 9).

The government's notice and proposed order do not permit the court to conclude that its proposed security officer and alternates meet these criteria, e.g., that the proposed officer and alternates are "individual[s] with demonstrated competence in security matters" and are "properly cleared." The government may supplement its request to show its proposal complies with the procedure above **within fourteen days**. In the meantime, the notice and proposed order at ECF No. 77 remain pending.

IT IS SO ORDERED.

DATED: February 15, 2022.

CHIEF UNITED STATES DISTRICT JUDGE