PHILLIP A. TALBERT
United States Attorney
MICHELE M. BECKWITH
First Assistant United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEZMAIGHNE McCLAIN,<br><br>Defendant. | CASE NO.  2:19-CR-165 KJM<br><br>ORDER APPOINTING CLASSIFIED INFORMATION SECURITY OFFICER |

The United States has filed a notice of potential applicability of the Classified Information Procedure Act.  Pursuant to CIPA, 18 U.S.C. App. 3, Section 2, the Court must designate a Classified Information Security Officer ("CISO").

The Court hereby designates Winfield S. "Scooter" Slade as the CISO for this case, to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.  The following persons are designated as Alternate CISOs, to serve in the event Mr. Slade is unavailable: Daniel O. Hartenstine, Matthew W. Mullery, Daniella M. Medel, Carli V. Rodriguez-Feo, and Harry J. Rucker.

DATED:  March 9, 2022.

CHIEF UNITED STATES DISTRICT JUDGE