UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00165-KJM-1 |
| Plaintiff, | ORDER |
| v. | |
| Dezmaighne McClain, | |
| Defendants. | |

In order to more effectively allocate this District's judicial resources and to ensure this and other pending actions will be tried fairly and on the schedule currently set, this case is reassigned to Senior District Judge William B. Shubb for all further proceedings. Chief District Judge Kimberly J. Mueller is no longer assigned to the case. The case number on all future filed documents shall be: 2:19-cr-0165-WBS. The trial **will proceed as previously confirmed**, beginning on April 5, 2022. The hearing previously scheduled for March 28, 2022 also **remains on calendar** before Judge Shubb. *See* Trial Confirmation Order, ECF No. 80.

IT IS SO ORDERED.

DATED: March 10, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1