PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
AUDREY B. HEMESATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEZMAIGHNE MCCLAIN,<br><br>　　　　　Defendant. | 2:19-CR-00165 WBS<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the guilty verdicts entered April 6, 2022, against defendant Dezmaighne McClain, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Dezmaighne McClain's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Smith and Wesson M&P 9 Shield pistol, Serial Number HUA0677,
   b. Springfield Armory XD40 pistol, Serial Number US408189 with 271 cartridges of .40 caliber ammunition,
   c. Smith and Wesson 645, Serial Number TAK3530 with magazine and 8 rounds of .45 caliber ammunition,
   d. SCCY CPX-2 9mm pistol, Serial Number 224439 with magazine and 5 rounds of 9mm caliber ammunition,
   e. 30 rounds of .223 caliber ammunition, found with a .223 "Ghost" AR Rifle, and
   f. .223 "Ghost" AR Rifle with magazine.

2. The above-listed property constitutes firearms and ammunition involved in or used in the knowing commission of violations of 18 U.S.C. § 922(g)(1).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: May 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE