PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
AUDREY B. HEMESATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEZMAIGHNE MCCLAIN,<br><br>        Defendant. | 2:19-CR-00165 WBS<br><br>FINAL ORDER OF FORFEITURE |

On May 12, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the guilty verdicts entered April 6, 2022, forfeiting to the United States the following property:

    a. Smith and Wesson M&P 9 Shield pistol, Serial Number HUA0677,
    b. Springfield Armory XD40 pistol, Serial Number US408189 with 271 cartridges of .40 caliber ammunition,
    c. Smith and Wesson 645, Serial Number TAK3530 with magazine and 8 rounds of .45 caliber ammunition,
    d. SCCY CPX-2 9mm pistol, Serial Number 224439 with magazine and 5 rounds of 9mm caliber ammunition,
    e. 30 rounds of .223 caliber ammunition, found with a .223 "Ghost" AR Rifle, and
    f. .223 "Ghost" AR Rifle with magazine.

Beginning on May 19, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged

1

legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have a potential interest in the property:

    a.    Regina Brown:  A notice letter was sent via certified mail to Regina Brown at 3373 Lerwick Road, Sacramento, CA 95821 on May 20, 2022.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on May 23, 2022.

    b.    Marcus Deon Waters:  A notice letter was sent via certified mail to Marcus Deon Waters at 24275 State Highway 154, Diana, TX 75640 on May 20, 2022.  The envelope was returned to our office as "not deliverable as addressed, unable to forward" on May 30, 2022.

    c.    Julie Ann Dodge:  A notice letter was sent via certified mail to Julie Ann Dodge at 7261 S. Woodgreen Rd, West Jordan, UT 84084 on May 20, 2022.  The envelope was returned to our office as "unclaimed, unable to forward" on July 10, 2022.

    d.    Anna Kathleen Murillo:  A notice letter was sent via certified mail to Anna Kathleen Murillo at 2179 9th Ave, Laton, CA 93242 on May 20, 2022.  The envelope was returned to our office as "not deliverable as addressed, unable to forward" on May 24, 2022.,

    e.    Anna Kathleen Murillo:  A notice letter was sent via certified mail to Anna Kathleen Murillo at 4265 Green Pastures, North Zulch, TX 77872-6626 on June 3, 2022.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on June 8, 2022.

    f.    Marcus Deon Waters:  A notice letter was sent via certified mail to Marcus Deon Waters at 10973 Dogwood Drive, Diana, TX 75640 on June 9, 2022.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on June 13, 2022.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Dezmaighne McClain, Regina Brown, Marcus Deon Waters, Julie Ann Dodge, and Anna Kathleen Murillo.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service or the Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: October 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture