UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DEZMAIGHNE MCCLAIN,<br><br>        Defendant. | No. 2:19-cr-165 WBS<br><br><br><br>ORDER |

----oo0oo----

        Defendant Dezmaighne McClain has filed a Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c).  (Docket No. 158.)  The United States shall file any opposition to defendant's motion no later than sixty (60) days from the date of this order.  Defendant may file a reply no later than thirty (30) days from the date of the filing of the United States' opposition.  After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated:  June 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1