PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00165-WBS |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR |
| v. | EXTENSION OF TIME |
| DEZMAIGHNE MCCLAIN, | |
| Defendant. | |

On July 16, 2024 the Government requested an extension of time to August 21, 2024, to file its response or opposition to defendant's *pro se* motion for motion to vacate (Docket No. 161).

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due August 21, 2024. Defendant may file a reply no later than thirty (30) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

Dated: July 17, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1