UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-165 WBS |
| Plaintiff, | |
| v. | ORDER |
| DEZMAIGHNE MCCLAIN, | |
| Defendant. | |

----oo0oo----

Defendant Dezmaighne McClain's pro se "Motion to Recalculate Sentence" (Docket No. 167) and motion to appoint counsel (Docket No. 168) are REFERRED to the previously assigned Magistrate Judge for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

IT IS SO ORDERED.

Dated: January 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1