UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-0165 WBS AC |
| Respondent, | |
| v. | ORDER |
| DEZMAIGHNE MCCLAIN, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se under 28 U.S.C. § 2255, has recently filed a request for status and a motion for a writ of mandamus. ECF Nos. 183, 184. The latter appears to seek an order directing the government to respond to movant's motion to recalculate his sentence. The record reflects that the government filed an opposition to the original motion to recalculate movant's sentence (ECF No. 167) on December 9, 2024 (ECF No. 180), after which the matter was referred to the undersigned (ECF No. 181). Movant filed an amended motion to vacate, set aside, or correct his sentence (ECF No. 179), and the government was ordered to respond to it. ECF No. 182. The deadline set by the court for doing so has not yet passed. When the government files its response to the amended motion, movant will have 30 days to file an optional traverse. ECF No. 182. When the matter is fully briefed or the deadline for the traverse expires, the motion will be deemed submitted for decision. That is the status of the case.

Movant has also filed a motion for appointment of counsel. ECF No. 168. With respect

to this motion, "[f]ederal prisoners are not entitled to counsel in post-conviction proceedings," Pavulak v. Blanckensee, 14 F.4th 895, 897 (9th Cir. 2021), and movant's bare statement that he requires counsel because he is untrained in the law does not provide sufficient reason to appoint counsel in this case. In the event the court determines that an evidentiary hearing is warranted or that the interests of justice otherwise require appointment of counsel, counsel will be appointed. See 18 U.S.C. § 3006A(a)(2); Rule 8(c) of the Rules Governing Section 2255 Proceedings in the United States District Courts, 28 U.S.C. foll. § 2255.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion to appoint counsel (ECF No. 168) is DENIED without prejudice;

2. Movant's request for status (ECF No. 183) is GRANTED to the extent the status of his motions has been set forth above; and

3. Movant's motion for writ of mandamus (ECF No. 184) is construed as a motion for an order directing the government to respond to his motion to recalculate his sentence and is DENIED as MOOT.

DATED: February 13, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2