UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DEZMAIGHNE MCCLAIN,<br><br>Movant. | No. 2:19-cr-0165 WBS AC<br><br><br><br>ORDER |

Respondent has requested an extension of time to file a response to movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

Good cause appearing, IT IS HEREBY ORDERED that respondent's motion for an extension of time (ECF No. 186) is GRANTED and respondent shall have until April 21, 2025, to file a response to the § 2255 motion.

DATED: February 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1