UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-0165 WBS AC |
| Respondent, | |
| v. | <u>ORDER</u> |
| DEZMAIGHNE MCCLAIN, | |
| Movant. | |

      Movant, a federal prisoner proceeding pro se on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, has filed a request for status on his motion, stating that he has yet to receive any response from the government. ECF No. 194. Movant is advised that respondent filed an opposition to his amended § 2255 motion on April 14, 2025. ECF No. 191. However, both certificates of service indicate that movant was served at FCI-Victorville (ECF No. 191 at 9; ECF No. 193), when his last notice of change of address (ECF No. 178) and the Bureau of Prison's inmate locator both indicate that he is currently housed at FCI-Herlong. Respondent will therefore be required to re-serve movant at his correct address and movant shall have thirty days from re-service to file a reply. Respondent shall also be required to re-serve movant with a copy of the government's response to his motion for a sentence reduction. ECF No. 180. Although the certificate of service indicates that it was mailed to movant's correct address (<u>id.</u> at 9), movant has indicated that he did not receive a copy (ECF No. 188).

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request for status (ECF No. 194) is GRANTED to the extent the status of his motion has been addressed above;

2. Within seven days of the service of this order, respondent shall re-serve movant with copies of its opposition to the motion for sentence reduction (ECF No. 180) and opposition to the § 2255 motion (ECF No. 191) at his correct address of record and file the certificate of service; and

3. Within thirty days of the re-service of the government's oppositions, movant may file replies in support of his motion for sentence reduction and § 2255 motion.

DATED: April 30, 2025

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE