UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-0165 WBS AC |
| Respondent, | |
| v. | ORDER |
| DEZMAIGHNE MCCLAIN, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, has filed a motion for default judgment, stating that respondent failed to comply with this court's May 1, 2025, order (ECF No. 195) directing respondent to re-serve, within seven days, copies of its opposition to the motion for sentence reduction (ECF No. 180) and opposition to the § 2255 motion (ECF No. 191). ECF No. 198. A few days later, on May 27, 2025, respondent filed a certificate of service documenting the re-service of ECF Nos. 180 and 191 on movant. ECF No. 199. However, respondent once again mailed the documents to the incorrect address, which is what prompted this court's order for re-service in the first place. See ECF Nos. 195, 199. Later that same day, respondent filed an amended certificate of service, attesting to the mailing of the documents to movant's correct address. ECF No. 200. Although re-service was not completed within the time provided by the court's prior order, default judgment is inappropriate. There has been neither a failure to appear

1 | nor any misconduct warranting default judgment as a sanction.  Accordingly, the court will deny
2 | movant's motion for default judgment.

3 |     Movant may file replies to respondent's oppositions by June 30, 2025.  If movant does not
4 | wish to file replies, movant may so inform the court.  Otherwise, if the court has not received
5 | replies from movant by June 30, 2025, the motion for a sentence reduction and § 2255 motion
6 | will be deemed submitted for decision.

7 |     Accordingly, IT IS HEREBY ORDERED that:
8 |     1.  Movant's motion for default judgment (ECF No. 198) is DENIED;
9 |     2.  Movant has until June 30, 2025, to file replies to respondent's oppositions.
10 |     3.  If movant does not wish to file replies, he may inform the court.  If no replies have
11 | been received by the court by June 30, 2025, the court will deem the briefing on the motion for a
12 | sentence reduction (ECF No. 167) and § 2255 motion (ECF No. 179) complete and will proceed
13 | to rule on the motions in due course.
14 | DATED: May 28, 2025

*[signature]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE