UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-0165 WBS AC P |
| Respondent, | |
| v. | ORDER |
| DEZMAIGHNE MCCLAIN, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, filed a motion for sentence reduction and a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF Nos. 167, 179. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2025, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 205. Movant filed objections to the findings and recommendations. ECF No. 206.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 205) are adopted in full;

2. The motion attacking the sentence (ECF No. 167) is denied without prejudice;

3. The amended motion attacking the conviction (ECF No. 179) is denied; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

.Dated: November 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AC/df:mccl0165.804.vac